STATE OF CONNECTICUT *v.* RICHARD S. TAYLOR

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 357 (AC 31740), is granted, limited to the following issue:

"Did the Appellate Court properly determine that in a conspiracy case it is sufficient for the court to instruct the jury that, with respect to the first essential element that there was an agreement, '[i]t is sufficient to show that the parties knowingly engaged in a mutual plan to do a criminal act?' "

The Supreme Court docket number is SC 18916.

*Daniel J. Krisch*, assigned counsel, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided January 25, 2012